# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
APR 23 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

UNITED STATES OF AMERICA,

V.

ZENON TAFOLLA,

**CR 15 231**

DEFENDANT(S).

## INDICTMENT

Title 8 U.S.C. § 1326(a) - Deported Alien Found in United States

A true bill.

_____ Foreman

Filed in open court this _23RD_ day of
_April 2015_.

Stephen Ybarra
Clerk

Bail, $ _No Bail_

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1326(a) -- Deported Alien Found in United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of Twenty Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
APR 23 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ ZENON TAFOLLA

DISTRICT COURT NUMBER
CR 15 231 CRB

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEPARTMENT OF HOMELAND SECURITY I.C.E.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   SCOTT D. JOINER

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction       ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
APR 23 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZENON TAFOLLA,<br><br>Defendant. | CASE NO.<br><br>VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry Following Removal<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about October 1, 2010, the defendant,

ZENON TAFOLLA,

an alien, was excluded, deported, and removed from the United States, and thereafter, on or about April 2, 2015, was found in the Northern District of California, the Attorney General of the United States and the Secretary of the Department of Homeland Security not having expressly consented to an application by the defendant for admission into the United States, in violation of Title 8, United States

\\\
INDICTMENT

1 | Code, Section 1326.
2 | DATED: 4/23/15
   |                                             A TRUE BILL.
3 |
4 |                                             _____
   |                                             FOREPERSON
5 |
6 | MELINDA HAAG
   | United States Attorney
7 |
8 | _____
   | DANIEL KALEBA
9 | Deputy Chief, General Crimes Section
10 |
11 | (Approved as to form: _____ )
   |                       AUSA JOINER

INDICTMENT