In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

## CRIMINAL MINUTES

**Date:** August 26, 2015  **Time:** 22 minutes

**Court Reporter:** Katherine Sullivan

**Case No. and Name:** CR-15-0231 CRB   USA v Zenon Tafolla

**Attorneys:** (P) Scott Joiner   (D) Daniel Blank

**USPO:** Gina Muzio

**Deputy Clerk:** Barbara Espinoza

### PROCEEDINGS:

Sentencing

### SUMMARY:

The defendant is sentenced to a custodial term of twenty-one (21) months upon release to one (1) year supervised release under to terms and conditions imposed by this court. Assessment: $100. Fine: Waived.

**(X)** The defendant Zenon Tafolla is remanded to the custody of the United States Marshal.

Note: